UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

KOHL SHALLENBERGER, )
)
        Plaintiff, )
vs. ) No.   1:06-cv-784-SEB-VSS
)
BRAD BAGWELL, )
PAUL RAVOR, )
)
        Defendants. )

# E N T R Y

This cause is **dismissed** for failure to prosecute, a disposition based on the plaintiff's failure to either pay the $350.00 filing fee or seek leave to proceed *in forma pauperis*, as directed in the Entry of May 19, 2006.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 08/29/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana