UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KOHL SHALLENBERGER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRAD BAGWELL, )<br>PAUL RAVOR, )<br>)<br>Defendants. ) | No.   1:06-cv-784-SEB-VSS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 08/29/2006

*Sarah Evans Barker* (signature)
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kohl Shallenberger
Howard County Jail
1800 W. Markland
Kokomo, IN 46902